PATRICK L. FORTE, Bar #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed August 19, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                Case No. 11-43344 WJL

**EDGAR ADOLFO BAUTISTA and**         Chapter 13
**ANA LILIA BAUTISTA,**
                                      **ORDER SUSTAINING OBJECTION TO**
                    Debtors.          **CLAIM #27 OF BANK OF AMERICA, NA /**
_____/      **THE BANK OF NEW YORK MELLON**

Upon consideration of the Declaration Re Default On Objection To Claim and good cause appearing thereof;

IT IS HEREBY ORDERED that:

The default of Bank of America NA/ The Bank of New York Mellon is entered and the objection to Claim #27 is sustained.

Claim #27 filed on July 19, 2011 by The Bank of New York Mellon / Bank of America, NA is:

( ) Disallowed for any amount of secured arrearages

(X) Allowed as an unsecured deficiency claim.

( ) Disallowed in its entirety.

***END OF ORDER***

**COURT SERVICE LIST**

**DEBTORS' ATTORNEYS**
Patrick L. Forte, Esq.
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


**CHAPTER 13 TRUSTEE**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. TRUSTEE
1301 Clay St. #690N
Oakland, CA 94612


**CLAIMANT**
**Attn: Officer or Managing Agent**
**Bank of America, NA successor by merger**
**to BAC Home Loan Servicing, LP**
**Attn: Bankruptcy Dept.**
**400 National Way, Mail Stop #CA6-919-10-23**
**Simi Valley, CA 93065**

**Attn: Officer or Managing Agent**
**The Bank of New York Mellon Trust Company, NA**
**700 South Flower Street, Suite 200**
**Los Angeles, CA 90017**

**Attn: Officer or Managing Agent**
**The Bank of New York Mellon**
**One Wall Street**
**New York, NY 10286**

**Attn: Officer or Managing Agent**
**Bank of America, N.A.**
**101 S. Tryon Street**
**Charlotte, NC 28202**