# Martha G. Bronitsky

Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

April 18, 2016

Wells Fargo Operations Center
Po Box 31557 Mac B6955-01B
Billings, MT  59107

# FIRST NOTICE

Chapter 13 Case No.: 11-43344-WJL13
Re: Edgar Adolfo Bautista & Ana Lilia Bautista

We received a notification regarding claim #3  filed by WELLS FARGO OPERATIONS CENTER, stating Claim# 3 is now deemed as "paid in full".

We have no authority to stop distributions on the claim.   If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office.  To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com .   All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1301 Clay Street
Oakland, Ca  94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim.  When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

| | |
|---|---|
| Patrick L Forte Atty | Edgar Adolfo Bautista |
| 1624 Franklin St #911 | Ana Lilia Bautista |
| Oakland, CA 94612 | 201 Monet Drive |
| | Oakley, CA 94561 |

Wells Fargo Operations Center
Po Box 31557 Mac B6955-01B
Billings, MT  59107

Wells Fargo Bank Na
1 Home Campus  X2303-01A
Des Moines, IA  50328